### PEOPLE v. McDERMOTT DAIRY CO.

(Supreme Court, Appellate Term, First Department. November 19, 1914.)

FOOD (§ 16*)—ADULTERATION—PENALTIES—EVIDENCE—SUFFICIENCY.

A judgment for a penalty for a violation of the Agricultural Law (Consol. Laws, c. 1) in exposing adulterated milk for sale cannot be upheld, where the adulteration was not shown by the preponderance of the evidence.

[Ed. Note.—For other cases, see Food, Cent. Dig. § 16; Dec. Dig. § 16.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by the People against the McDermott Dairy Company for a penalty for violation of the Agricultural Law (Consol. Laws, c. 1) in exposing for sale adulterated milk. From a judgment for the People, defendant appeals. Reversed, and complaint dismissed.

Argued October term, 1914, before SEABURY, BIJUR, and CO-HALAN, JJ.

J. Power Donellan, of New York City, for appellant.

James A. Parsons, of Albany (Robert P. Beyer, of New York City, of counsel), for the People.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

PER CURIAM. This action was brought to recover a penalty incurred for an alleged violation of section 52 of the Agricultural Law for exposing for sale adulterated milk. We are satisfied, from reading the examination and cross-examination of the chemist called by the plaintiff, that an adulteration (so slight, by the way, as to be almost negligible) was not shown by a preponderance of evidence.

Judgment reversed, with costs, and complaint dismissed.